IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GENE BEASLEY, #161 851, )<br>)<br>Petitioner, )<br>) Civil Action No. 2:10-CV-547-ID<br>v. ) (WO)<br>)<br>)<br>WILLIE THOMAS, WARDEN, *et al.*, )<br>)<br>Respondents. ) | |

# **ORDER**

Before the court are the Recommendation of the Magistrate Judge (Doc. #10) and Petitioner's Objections (Doc. #15). Having conducted a *de novo* determination of those portions of the Recommendation to which objections are made, it is CONSIDERED and ORDERED as follows:

1. Petitioner's Objections (Doc. #15) be and the same are hereby OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #10) be and the same is hereby ADOPTED, APPROVED, and AFFIRMED; and

3. The petition for habeas corpus relief (Doc. #3) filed by Gene Beasley be and the same is hereby DENIED and DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A), as the Petitioner failed to obtain the requisite order from the Eleventh Circuit Court of appeals authorizing a federal district court to consider his successive habeas application.

DONE this the 18th day of October, 2010.

           /s/ Ira DeMent
           SENIOR UNITED STATES DISTRICT JUDGE