IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GENE BEASLEY, #161 851, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 2:10-CV-547-ID |
| v. ) | (WO) |
| ) | |
| ) | |
| WILLIE THOMAS, WARDEN, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the Court, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be and the same is hereby entered in favor of the Respondents, and against Petitioner Gene Beasley.

It is further CONSIDERED and ORDERED that all costs herein incurred be and the same are hereby TAXED against the Petitioner, for which let execution issue.

The Clerk of Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 18th day of October, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE